**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| LATONIA THOMPSON,<br><br>*Plaintiff,*<br><br>v.<br><br>ALI REZA AHMADI and<br>ADAM FREIGHT, LLC,<br><br><br><br>*Defendant(s).* | Case Number:  0:26-cv-00624-MGL<br><br><br>**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON ADAM FREIGHT, LLC** |

Please see the attached Proof of Service on Defendant ADAM FREIGHT, LLC.

**MORGAN & MORGAN, P.A.**

*/s/ James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5186
Fax: (843) 947- 6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

May 15, 2026
Charleston, South Carolina