AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **0:26-cv-00624-MGL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Adam Freight, LLC/**
was received by me on  **4/03/2026:**

☐  I personally served the **Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Ferah Aryana**, who is designated by law to accept service of process on behalf of **Adam Freight, LLC/** at **8465 Green Island Cir, Lone Tree, CO 80124** on **04/03/2026 at 7:05 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  04/03/2026

_____
*Server's signature*

**Adedeji Abiri**
*Printed name and title*

**15936 E Otero Ave**
**Centennial, CO 80112**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Ferah Aryana who identified themselves as the cousin with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**





Tracking #: **0216875706**