AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **0:26-cv-00624-MGL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Ali Reza Ahmadi**
was received by me on  **4/03/2026:**

☐ I personally served the **Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Ferah Aryana**, a person of suitable age and discretion who resides at **8465 Green Island Cir, Lone Tree, CO 80124**, on **04/03/2026 at 7:05 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  04/06/2026

_____
*Server's signature*

**Adedeji Abiri**
*Printed name and title*

**15936 E Otero Ave**
**Centennial, CO 80112**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Ferah Aryana who identified themselves as the cousin, coresident, with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**



Tracking #: **0217059132**