AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Latonia Thompson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    0:26-cv-00624-MGL |
| Ali Reza Ahmadi and Adam Freight, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Latonia Thompson                                      .

Date:     06/23/2026

/s Clarence J. Childers
*Attorney's signature*

Clarence J. Childers    SC68392    AIN13898
*Printed name and bar number*

8508 Park Road, PMB 151
Charlotte,NC 28210

*Address*

CJ@LawChilders.com
*E-mail address*

(704) 626-2902
*Telephone number*

(704) 448-2062
*FAX number*