IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Latonia Thompson, | ) | CA: 0:26-cv-00624-MGL |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| Ali Reza Ahmadi and Adam Freight, LLC | ) | |
| | ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐     We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒     We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐     We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

**PLAINTIFF(S)**                                    **DEFENDANT(S)**


*s/C.J. Childers*                                   *s/John M. Grantland*
*Signature of Plaintiff's Counsel*                  *Signature of Defendant's Counsel*

C.J. Childers, Esquire                              John M. Grantland, Esquire
Fed. ID #13898                                      Fed. ID #6462
Childers Law, PLLC                                  Murphy & Grantland, P.A.
8508 Park Road, #151                                P.O. Box 6648
Charlotte NC 28210                                  Columbia SC 29260
704-626-2902                                        803-782-4100
cj@lawchilders.com                                  jgrantland@murphygrantland.com


*Dated:* June 23, 2026                              *Dated:* June 23, 2026